**SOUTH GWINNETT VENTURE, a partnership composed of South Gwinnett Apartments, Inc., et al., Plaintiffs-Appellants,**

v.

**W. R. (Dudge) PRUITT et al., Defendants-Appellees.**

**ROCKBRIDGE ASSOCIATES, LTD., a Georgia Limited Partnership, Plaintiff-Appellant,**

v.

**W. R. (Dudge) PRUITT et al., Defendants-Appellees.**

**Nos. 71–3420, 71–3421.**

United States Court of Appeals, Fifth Circuit.

Dec. 3, 1973.

Robert F. Cook, Dean Booth, Atlanta, Ga., for plaintiffs-appellants.

Homer M. Stark, Lawrenceville, Ga., for defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, RONEY and GEE, Circuit Judges.

**1334**

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have these cases reheard en banc,

It is ordered that these causes shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.